# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-367 (RDM) |
| | : | |
| **MARK MIDDLETON &** | : | |
| **JALISE MIDDLETON,** | : | |
| | : | |
| **Defendants.** | : | |

## JOINT MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney the United States Attorney for the District of Columbia, and the defendants, Mark Middleton and Jalise Middleton, by and through their attorneys respectfully move to continue sentencing in this matter.

As this Court is well aware, on June 28, 2024, the United States Supreme Court decided *Fischer v. United States*, 603 U.S. ___ (2024). In *Fischer*, the Supreme Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." *Id.* at 6. However, the Court did not reject the application of 1512(c)(2) to January 6. Rather, the Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding—such as witness testimony or intangible information—or attempted to do so. *See id.* at 18; *see also id.* at 9. The Supreme Court has remanded the case to the D.C. Circuit for further proceedings. Through those further proceedings, the Court of Appeals will interpret the scope of the statute in light of the Supreme Court's decision.

The parties are still assessing the Supreme Court's opinion and its implications for the defendants' conviction on Count Four of the Indictment, which charged a violation of 18 U.S.C. § 1512(c)(2). In the interest of judicial economy and so that the parties may have appropriate time

to consider the effect, if any, of *Fischer* on the defendants' case, the parties respectfully request that this Court continue the sentencing in this matter. After substantial discussion regarding the availability of the defendants' counsel and conflicting schedules, the parties respectfully request that the court continue the sentencing to any of the below dates:

- August 2, 2024, after 10:30am.
- August 5-7, 2024.
- August 9, 2024, after 12:00pm.
- September 10-12, with the exception of 11:00am-12:30pm on September 11.

Additionally, the parties respectfully request that they be permitted to submit any memoranda or supplemental memoranda in support of sentencing one week prior to the date selected for sentencing by the Court.

* * *

Respectfully submitted,

|  |  |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | Mark Middleton<br>Defendant |
| By: /s/ Sean P. McCauley<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Assistant United States Attorney<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street NW<br>Washington, DC 20530<br>Sean.McCauley@usdoj.gov | By: /s/ Stephen F. Brennwald<br>STEPHEN F. BRENNWALD<br>Bar. No. 398319<br>922 Pennsylvania Avenue, S.E.<br>Washington, D.C. 20003<br>(301)928-7727<br>(202)544-7626 (facsimile)<br>sfbrennwald@cs.com |
| BRENDAN BALLOU<br>DC Bar No. 241592<br>Special Counsel<br>United States Attorney's Office<br>601 D Street NW<br>Washington, DC 20001<br>(202)431-8493<br>Brendan.Ballou-Kelley@usdoj.gov | JALISE MIDDLETON<br>Defendant<br><br>By: /s/ Kira Anne West<br>KIRA ANNE WEST<br>DC Bar No. 993524<br>712 H Street N.E., Unit 509<br>Washington, D.C. 20002<br>Phone: 202-236-2042<br>kiraannewest@gmail.com |