UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-367 (RDM) |
| | : | |
| MARK MIDDLETON & | : | |
| JALISE MIDDLETON, | : | |
| | : | |
| Defendants. | : | |

### JOINT MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney the United States Attorney for the District of Columbia, and the defendants, Mark Middleton and Jalise Middleton, by and through their attorneys respectfully move to continue sentencing in this matter.

On August 22, 2024, the government moved to dismiss Count Four. In response to an order of the Court, the defendants stated that they do not oppose the government's motion to dismiss and requested that the Court order the United States Probation Office to prepare a new presentence investigation report (PSR) in this matter. *See* ECF 171. Assuming that, with the consent of the defendants, the Court intends to grant the government's motion to dismiss Count Four, the government does not oppose the defendants' request insofar as the defendants have requested the Probation Office to recalculate their sentencing guidelines. ECF 172 at 1-2. In addition to the time needed for the Probation Office to prepare a new PSR, the parties will need time to review and respond to a new PSR, and the Probation Office will need time to adopt or reject the responses of the parties. The parties are, however, prepared to conduct this review on an expedited timeline.

In the event that the Court intends to grant the government's motion to dismiss Count Four and so that the Probation Office has time to prepare an accurate PSR, the parties respectfully request that sentencing in the above captioned matter be continued to any date between October 7

and November 1, 2024

Additionally, the government respectfully requests that it be permitted to submit any supplemental memoranda in support of sentencing two weeks prior to the date selected for sentencing by the Court. The defendants respectfully request that they be permitted to submit their sentencing memorandum one week prior to the date selected by the Court.

Respectfully submitted,

|  |  |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | MARK MIDDLETON<br>Defendant |
| By: /s/ Sean P. McCauley<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Assistant United States Attorney<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street NW<br>Washington, DC 20530<br>Sean.McCauley@usdoj.gov<br><br>BRENDAN BALLOU<br>DC Bar No. 241592<br>Special Counsel<br>United States Attorney's Office<br>601 D Street NW<br>Washington, DC 20001<br>(202)431-8493<br>Brendan.Ballou-Kelley@usdoj.gov | By: /s/ Stephen F. Brennwald<br>STEPHEN F. BRENNWALD<br>Bar. No. 398319<br>922 Pennsylvania Avenue, S.E.<br>Washington, D.C. 20003<br>(301)928-7727<br>(202)544-7626 (facsimile)<br>sfbrennwald@cs.com<br><br>JALISE MIDDLETON<br>Defendant<br><br>By: /s/ Kira Anne West<br>KIRA ANNE WEST<br>DC Bar No. 993524<br>712 H Street N.E., Unit 509<br>Washington, D.C. 20002<br>Phone: 202-236-2042<br>kiraannewest@gmail.com |