UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

     v.                                        Case No.: 1:21-cr-367 (RDM)

JALISE MIDDLETON
    Defendant.

## RENEWED MOTION FOR APPROVAL OF REQUEST FOR CJA CLAIM

COMES NOW, the defendants, JALISE MIDDLETON, by and through counsel and files this renewed request for approval of pending claims for compensation pursuant to the Criminal Justice Act.  In support, counsel states the following:

1. On September 19, 2025, more than six months ago, counsel petitioned this Honorable for approval of pending claims for compensation in the above-styled matter.

2. On September 19, 2025, this Honorable Court entered a minute order denying the request.  At that time the Court indicated that the vouchers remained under review by the Office of the Federal Public Defenders.

3. More than six months have passed since the Court's September 19, 2025, minute order.

4. No payment has been received for the eight claims for compensation.

5. Representation in this matter concluded more than 13 months ago.

6. The claims have now been pending for more than two years.

Wherefore, counsel prays that this Honorable Court approve the claims for compensation pursuant to the Criminal Justice Act.

I ASK FOR THIS

JALISE MIDDLETON
By Counsel

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON


## Certificate of Service

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this March 24, 2026.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON